[pic]

 BILL OF COSTS

 TEXAS COURT OF APPEALS, TENTH DISTRICT, AT WACO

 No. 10-14-00206-CV

 In the Matter of the Marriage of Kenneth Beaird and Elizabeth Beaird

 (No. D12-21779-CV IN 13th District Court OF Navarro COUNTY)

|Type of Fee |Charges |Paid |By |
|Supplemental clerk's record |$0.00 |UNKNOWN | |
|Supp. reporter's record |$60.00 |UNKNOWN | |
|Motion fee |$15.00 |E-PAID |Joe A Izen |
|Motion fee |$10.00 |E-PAID |Izen |
|Motion fee |$10.00 |E-PAID |Joe A Izen |
|Motion fee |$10.00 |E-PAID |Joe A Izen |
|Clerk's record |$0.00 |UNKNOWN | |
|Motion fee |$10.00 |E-PAID |Joe A Izen |
|Reporter's record |$255.00 |UNKNOWN | |
|Motion fee |$10.00 |E-PAID |Micah Cade Haden |
|Motion fee |$10.00 |E-PAID |Micah Cade Haden |
|Filing |$100.00 |E-PAID |Joe A Izen |
|Required Texas.gov efiling fee |$20.00 |E-PAID |Joe A Izen |
|Indigent |$25.00 |E-PAID |Joe A Izen |
|Supreme Court chapter 51 fee |$50.00 |E-PAID |Joe A Izen |
|Motion fee |$10.00 |E-PAID |Micah Cade Haden |

 Balance of costs owing to the Tenth Court of Appeals, Waco, Texas: 0.00
 Court costs in this cause shall be paid as per the Judgment issued by this
 Court.

 I, SHARRI ROESSLER, CLERK OF THE TENTH COURT OF APPEALS OF THE STATE
OF TEXAS, do hereby certify that the above and foregoing is a true and
correct copy of the cost bill of THE COURT OF APPEALS FOR THE TENTH
DISTRICT OF TEXAS, showing the charges and payments, in the above numbered
and styled cause, as the same appears of record in this office.
 IN TESTIMONY WHEREOF, witness my hand and
 the Seal of the COURT OF APPEALS for the
 Tenth District of Texas, this December 16,
 2015.

 SHARRI ROESSLER, CLERK

 By: ___________________________
 Nell Hegefeld, Deputy Clerk